UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| TARFA MAHAYNI | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 7:17-CV-00007 |
| CAJUN OPERATING COMPANY, | § | |
| A DELAWARE CORPORATION, | § | JURY |
| | § | |
| Defendant | § | |
| | § | |

### DEFENDANT CAJUN OPERATING COMPANY'S NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes CAJUN OPERATING COMPANY (hereinafter referred to as "Defendant" or "CAJUN OPERATING COMPANY"), the Defendant in the action styled TARFA MAHAYNI v. CAJUN OPERATING COMPANY, bearing cause number DC 16-623 in the District Court of Starr County, Texas, 381st Judicial District, reserving all rights and defenses, to notice of removal of that Texas state court civil action to the United States District Court for the Southern District of Texas, McAllen Division, and upon information and belief, represents as follows:

1. Plaintiff Tarfa Mahayni is an individual who is a resident of California.

2. Defendant CAJUN OPERATING COMPANY is a Delaware corporation with its principal place of business in Georgia.

3. On December 7, 2016 Plaintiff filed suit against Defendant in the 381st District Court of Starr County, Texas, alleging damages for breach of contract.

4. On December 19, 2016 Defendant received notification of the lawsuit by Certified Mail to Corporation Service Company, CAJUN OPERATING COMPANY's agent for service of process.

5. Removal is proper under 28 USC. §1441(a) as there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00. 28 USC. §1332. *See* Exhibit A, *Plaintiff's Original Petition* ("Petition"), p. 2, section III, Jurisdiction and Venue.

6. Plaintiff brings claims for breach of contract.

7. CAJUN OPERATING COMPANY is the only defendant in this action.

8. Thirty (30) days have not elapsed since the date this case became removable. Accordingly, Removal is timely under 28 U.S.C. §1446(b).

9. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

10. Pursuant to 28 U.S.C. §1446(d), Defendant served a copy of this Notice of Removal on Plaintiff and filed the same with the Clerk of the 381st Judicial District Court of Starr County, Texas.

11. Under 28 U.S.C. §1446(a) and local rule LR CV-81, the following exhibits are attached hereto and are incorporated by reference:

**Exhibit A**:   All executed process in the case;

**Exhibit B**:   Pleadings;

**Exhibit C**:   Orders signed by the state judge;

**Exhibit D**:   The docket sheet;

**Exhibit E**:   An index of matters being filed;

**Exhibit F**:   A list of counsel of record, including addresses, telephone numbers and parties represented.

12. Plaintiff did demand a jury trial in the state-court suit.

13. By this Notice of Removal, CAJUN OPERATING COMPANY does not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action. CAJUN OPERATING COMPANY intends no admission of fact. Law or liability by this Notice, and expressly reserves all defenses, motions and/or pleas.

WHEREFORE PREMISES CONSIDERED; Defendant CAJUN OPERATING COMPANY hereby notices removal of Plaintiff's Texas State Court Action to this Honorable Court.

        Respectfully submitted,

        **GORDON & REES**
        **SCULLY MANUKHANI, LLP**

        */s/ Michael M. Ramirez*

        **MICHAEL JOHN RAMIREZ**
        State Bar No. 00788238
        mramirez@gordonrees.com
        2100 Ross Avenue, Suite 2800
        Dallas, Texas 75201
        214-231-4713 Telephone
        214-461-4053 Facsimile

        **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was served in accordance with TEXAS RULE OF CIVIL PROCEDURE 21a upon the following party on January 6, 2017:

*Via Eservice*
Gilberto Falcon
The Law Office of Gilberto Falcon PLLC
404 N. Britton Ave
Rio Grande City, Texas 78582
gilberto@gilbertofalconlaw.com

**MICHAEL JOHN RAMIREZ**