United States District Court
Southern District of Texas
**ENTERED**
February 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| TARFA MAHAYNI | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL NO. 7:17-CV-00007 |
| | § | |
| CAJUN OPERATING COMPANY, | § | |
| A DELAWARE CORPORATION, | § | |
| Defendant | § | |

## ORDER OF DISMISSAL

On this day of _considered_ 2019, came on to be the Plaintiff's Unopposed Motion to Dismiss and the Court, after having considered same, at the request of the Parties hereby grants ~~the pleadings on file, and arguments of counsel, grant~~ed said motion, ~~for the reasons stated on the record~~. It is, therefore,

ORDERED, ADJUDGED, and DECREED that Plaintiff's Unopposed Motion to Dismiss is hereby GRANTED and this case is DISMISSED with prejudice to re-filing of same.

The Clerk shall send a copy of this order to counsel for the parties.

DONE on this 21st day of February, 2019, at McAllen, Texas.

_____
Ricardo H. Hinojosa,
UNITED STATES DISTRICT JUDGE